IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-cv-124

UNITRIN AUTO AND HOME INSURANCE
COMPANY,

     Plaintiff,

vs.

HERSCHEL R. SMITH, PAMELA SMITH,
SETH A. SMITH AND DEWY L.
HINKLEY, JR., AS ADMINISTRATOR OF
THE ESTATE OF ALEXANDRIA GRACE
HINKLEY, AND LARRY PUCKETT AS
ADMINISTRATOR OF THE ESTATE OF
COURTNEY CAMPBELL PUCKETT,

Defendants.

**DEFAULT JUDGMENT AS TO
DEFENDANT DEWY L. HINKLEY, JR.
AS ADMINISTRATOR OF THE ESTATE
OF ALEXANDRIA GRACE HINKLEY**

     This cause was heard by the undersigned on Motion of Plaintiff for Default Judgment.

It appears to the Court upon affidavits and pleadings that this is an action for declaratory relief

wherein Plaintiff seeks a determination as to its rights and/or responsibilities to Defendant

Dewy L. Hinkley, Jr. as Administrator of the Estate of Alexandria Grace Hinkley (hereinafter

"Defendant Hinkley") under a certain policy of automobile insurance issued to Defendants

Herschel R. Smith and Pamela Smith by Plaintiff; that personal service was had on Defendant

Hinkley; that the Court has jurisdiction over the subject matter of this action; that Defendant is

not under a disability and has failed to plead or appear in the time allowed by law; that default

has been properly entered; and it is determined that Plaintiff has no legal obligation to

Defendant Hinkley under the policy of insurance; Plaintiff does not provide coverage for the

accident in question occurring on October 24, 2009; and that Plaintiff is entitled to applicable

interest and costs in this action.

Signed: March 11, 2011

Graham C. Mullen
United States District Judge